FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Elizabeth J. Bassett, NV Bar No. 9013
300 E. Second Street, Suite 1510
Reno, NV 89501
Telephone:   (775) 788-2200
Facsimile:    (775) 788-2279
spierce@fclaw.com; ebassett@fclaw.com

Counsel for Defendant
Caesars Enterprise Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANA MEDLEY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendant. | CASE NO. 2:19-cv-00762-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Shana Medley and Defendant Caesars Enterprise Services, LLC (by and through their respective counsel of record), that the above-entitled matter be dismissed with prejudice, with each party to bear its or her own

//
//
//
//
//
//
//
//

1

attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: This 8th day of October, 2019

HKM EMPLOYMENT ATTORNEYS
Jenny L. Foley, Ph.D., Esq.
Marta D. Kurshumova, Esq.
1785 E. Sahara, Suite 300
Las Vegas, NV 89104

By: ___/s/ Jenny L. Foley___
*Attorneys for Plaintiff*

Dated: This 8th day of October, 2019

FENNEMORE CRAIG, P.C.
Shannon S. Pierce (NV Bar No. 12471)
Elizabeth J. Bassett (NV Bar No. 9013)
300 E. 2nd Street, Suite 1510
Reno, NV 89501

By: ___/s/ Shannon S. Pierce___
*Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED.

Dated October 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

2